FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1083

_____

CEDRIC MOORE,

Petitioner,

v.

CORRELL SALTER,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


August 21, 2024


PER CURIAM.

The Court converts this case to an appeal of the final order rendered in Escambia Circuit Court case number 2022-DR-000997 and dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cedric Moore, pro se, Petitioner.

No appearance for Respondent.